## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A CRIMINAL COMPLAINT

I, Mariano Garay-Ortiz, being first duly sworn, do here by depose and state that:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Customs and Border Protection Enforcement Officer with the Department of Homeland Security, assigned to investigate Immigration Law violations and Criminal Laws of the United States at the Luis Muñoz Marín International Airport, Carolina, Puerto Rico.

2. I make this affidavit based on my own personal knowledge and on oral and written reports by other federal, state, and/or local law enforcement agents and officers that investigated this matter. This affidavit does not contain all the information derived from this investigation only that which is sufficient to demonstrate probable cause to believe that a crime has been committed.

3. This affidavit is submitted in support of a criminal complaint charging Raul MEJIA-GUZMAN ("MEJIA-GUZMAN") with: (1) Re-entry after deportation as an Aggravated Felon in violation of 8 U.S.C. § 1326(a) & (b)(2).

### PROBABLE CAUSE

4. On or about December 16, 2025, at the Luis Muñoz Marín International Airport in Carolina, Puerto Rico, an alien by the name of Raul MEJIA-GUZMAN, a citizen of the Dominican Republic, was found in the United States attempting to board JetBlue Airline flight number 2537, bound to the city of Santo Domingo, Dominican Republic.

5. During the inspection conducted by the U.S. Customs and Border Protection Officers, the alien claimed to be a citizen of the Dominican Republic by name of Raul MEJIA-GUZMAN and presenting a Dominican Republic Passport, as proof of identity.

6. The document presented by MEJIA-GUZMAN also contained his photograph, and the document was issued under the name of "Raul MEJIA-GUZMAN". MEJIA-GUZMAN claimed to be the rightful bearer of the document.

7. Because MEJIA-GUZMAN did not have any document that allowed him to be present in the United States, he was held for a closer inspection.

8. During this process MEJIA-GUZMAN fingerprints were submitted to the FBI for examination and comparison, this examination disclosed a match to FBI record #XXXXXX. The FBI record revealed the following:

   a) On 04/17/2014, the subject was convicted of Conspiracy to Possess with Intent to Distribute more than five (5) Kilograms of Cocaine and sentenced to twenty-four (24) months of imprisonment at the United States District Court Southern District of Ohio at Colombus. (2:13-CR-251-1).

   b) On 06/17/2015, the subject was Ordered Removed from the United States to the Dominican Republic by the Immigration Judge.

   c) On 07/07/2015, subject was physically removed from the United States to the Dominican Republic.

9. MEJIA-GUZMAN was read his *Miranda* rights, and he waved his rights and agreed to be interviewed. During the interview, MEJIA-GUZMAN admitted that he returned illegally to the United States in 2023. During his immigration processing, MEJIA-GUZMAN stated that his true and correct name is Raul MEJIA-GUZMAN, and that he is a national and citizen of the Dominican Republic.

10. As part of his removal procedure on 2015 MEJIA-GUZMAN was advised that after his deportation / removal from the United States, he was required to obtain permission from the Attorney General or his successor under the Department of Homeland Security prior to his re-embarkation at a place outside the United States or his application for admission.

11. I conducted records checks which reveal that no application to request permission on form I-212 had been filed on behalf of "Raul MEJIA-GUZMAN" at the Office of Citizenship and Immigration Services.

12. MEJIA-GUZMAN is a citizen and national of the Dominican Republic and is an alien with no authorization or legal status to be present in the United States.

13. Further, MEJIA-GUZMAN was deported from the United States and prohibited from re-entering the United States without obtaining consent from the Attorney General or his

2

successor under the Department of Homeland Security prior to his re-embarkation at a place outside the United States or his application for admission.

## CONCLUSION

14. Based upon my training, experience, and my participation in this investigation, I believe that probable cause exists that Raul MEJIA-GUZMAN was found in the United States in violation of 8 U.S.C. § 1326 (a) & (b)(2).

Respectfully submitted,

_____
Mariano Garay-Ortiz
Enforcement Officer
(Us Customs and Border Protection

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone at __10:29am__ on this __17th__ day of December 2025, in San Juan, Puerto Rico.

_____
Hon. Mariana Bauzá Almonte
United States Magistrate Judge
District Of Puerto Rico

3